IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Civil No.  07-1187 MJD/LIB |
| | ) | |
| v. | ) | **AMENDED ORDER CONFIRMING** |
| | ) | **SALE AND DIRECTING** |
| MICHAEL PATRON, et al., | ) | **DISTRIBUTION OF PROCEEDS** |
| | ) | |
| Defendants. | ) | |

Upon consideration of the United States' Motion for Order Confirming Sale and Directing Distribution of Proceeds (Docket No. 79), this Court finds that the Motion should be GRANTED; and

This Court finds that with respect to real property located in Otter Tail County, Minnesota ("the Property"), with the following legal description:

> Township 135 North, Range 37 West, 5th Principal Meridian
> Section 7, Southeast Quarter of the Northwest Quarter (SE1/4 NW1/4), East 20 acres of the Southwest Quarter Northwest Quarter (SW1/4 NW1/4), that part of the North Half Northwest Quarter (N1/2 NW1/4) lying South of the railroad right-of-way, containing 88.0 acres more or less.

1. Notice of the motion to confirm the sale was given to all parties or their authorized representatives; and

2. In selling the property, the Patrons have complied with the Stipulated Amended Order of Sale (Docket No. 73) entered in this case, and having considered the entire record in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and that the sale of the Property to the U.S. Fish and Wildlife Service for the sum of $145,200.00 is approved

and confirmed.

    IT IS FURTHER ORDERED that the Clerk of Court shall distribute the sales proceeds as follows:

1. To Otter Tail County for 2007-2012 property taxes due and owing (with interest to 5/15/2011) in the amount of     $5,688.48;

    Otter Tail County Treasurer
    570 Fir Avenue West
    Fergus Falls, MN 56537-1364

2. To the United States (payable to the U.S. Treasury) for the unpaid federal tax liabilities of Michael Patron pursuant to the judgment entered on April 1, 2008 in the amount of     $139,511.52

    William E. Thompson,
    Department of Justice, Tax Division, Office of Review
    P.O. Box 310
    Ben Franklin Station
    Washington, D.C. 20044

    IT IS FURTHER ORDERED that the 14-day stay, found in Local Rule 67.2, is hereby waived and the Clerk is directed to disburse the sales proceeds immediately upon entry of this Order.

Entered this 14th day of May, 2012.

        s/ Michael J. Davis
        MICHAEL J. DAVIS
        UNITED STATES DISTRICT COURT JUDGE